# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Case No.  08-cv-02768-PAB-KLM

JOYCE A. HEUSCHKEL,

    Plaintiff,

v.

JAMES M. HEUSCHKEL,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice and for Order of Dismissal [Docket No. 32].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice and for Order of Dismissal [Docket No. 32] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 16, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer         
                                              PHILIP A. BRIMMER
                                              United States District Judge